UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**SHARON L. HARRIS**                                                                                    **PLAINTIFF**

**VS.**                              **CASE NO. 4:06CV00007 JMM**

**DOLGENCORP, INC., et al**                                                                    **DEFENDANTS**

**ORDER**

On August 25, 2006, Defendant, Dolgencorp, Inc., filed a motion to compel (docket entry #15) contending that Plaintiff's responses to Defendant's first set of discovery were insufficient. Plaintiff subsequently provided Defendant with supplemental discovery responses. The Court reviewed the supplemental responses and found that Plaintiff's supplemental responses failed to cure discovery deficiencies as to Interrogatories 2, 3, 5, 6, 9 and 16 and Requests for Production of Documents 32 through 48. By Order of September 11, 2006, the Court directed Plaintiff to provide Defendant on, or before, September 25, 2006, the requested information (docket entry #20).

On October 3, 2006, Defendant filed a motion for contempt and sanctions stating that Plaintiff had failed to provide the required discovery (docket entry #22). Plaintiff failed to respond to the pending motion.

Plaintiff is directed to show cause on, or before, November 13, 2006 why she should not be held in contempt pursuant to Fed. R. Civ. P. 37(b) and her case dismissed without prejudice for failure to comply with the Court's September 11, 2006 Order.

IT IS SO ORDERED THIS 31st day of October, 2006.

_____
James M. Moody
United States District Judge